1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   DAA'IYAH NA'IM,                    )      Civil No. 13cv2515 JAH (BLM)
                                        )
12                   Plaintiff,         )      **ORDER GRANTING PLAINTIFF'S**
     v.                                 )      **MOTION FOR A TEMPORARY**
13                                      )      **RESTRAINING ORDER AND**
     SOPHIE'S ARMS FINE RESIDENCES,     )      **SETTING PRELIMINARY**
14   *et al.,*                          )      **INJUNCTION HEARING AND**
                                        )      **BRIEFING SCHEDULE**
15                   Defendants.        )
                                        )
16   _____   )

17         Plaintiff Daa'iyah Na'im has moved the Court for an emergency order temporarily

18   restraining the defendants from evicting or attempting to evict plaintiff and her two-year old

19   niece from her apartment at 470 20th Street, San Diego, California, that she leases from

20   defendant Sophie's Arms Fine Residences, LLC.

21         Under Federal Rule of Civil Procedure 65(b), "[t]he court may issue a temporary

22   restraining order without written or oral notice to the adverse party or its attorney only if: (A)

23   specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable

24   injury, loss, or damage will result to the movant before the adverse party can be heard in

25   opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice

26   and the reasons why it should not be required."

27         Plaintiff has submitted affidavits and other evidence in support of her motion for

28   preliminary relief.  After a careful consideration of the submissions, this Court finds that

plaintiff has sufficiently met the requirements for issuance of a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure, in that plaintiff has sufficiently demonstrated irreparable harm and the balance of hardships tip sharply in plaintiff's favor. Immigrant Assistance Project of the L.A. County of Fed'n of Labor v. INS, 306 F.3d 842, 873 (9th Cir. 2002); Roe v. Anderson, 134 F.3d 1400, 1402 (9th Cir. 1998).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's application for a temporary restraining order is **GRANTED**. Defendants, their officers, agents, employees, successors, and all those in active concert or participation with them, are hereby temporarily restrained from evicting or attempting to evict plaintiff Daa'iyah Na'im from her apartment located at 470 20th Street, San Diego, California.

2. The preliminary injunction hearing shall be heard in Courtroom 13B on **November 15, 2013, at 2:00 p.m.**

3. Plaintiff shall serve the temporary restraining order Application and this order on defendants no later than **November 2, 2013 at 5:00 p.m.**

5. Defendants shall submit any briefing opposing plaintiff's motion for a preliminary injunction no later than **November 8, 2013 at 5:00 p.m.** Plaintiff shall submit any reply no later than **November 13, 2013 at noon.**

Dated:      November 1, 2013

_____
JOHN A. HOUSTON
United States District Judge