**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 365
Wheaton, IL 60187
Telephone: (858) 220-9601
Facsimile: (630) 765-7570
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiff Daa'iyah Na'im

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAA'IYAH NA'IM, <br><br> Plaintiff, <br><br> v. <br><br> SOPHIE'S ARMS FINE RESIDENCES, LLC; IRVING W. BOOKSPAN, individually, and as TRUSTEE OF TRUST A OF THE HENRY AND SOPHIE BOOKSPAN FAMILY TRUST UDT JANUARY 12, 1998, <br><br> Defendants. | No. 3:13-CV-02515-JAH-BLM <br><br> PLAINTIFF'S MOTION TO DISMISS |

COMES NOW Plaintiff Daa'iyah Na'im, by and through her counsel of record, and moves the Court to permit plaintiff Daa'iyah Na'im to dismiss the above-entitled action with prejudice as against all Defendants. The parties have entered into a settlement, the settlement funds have been paid by Defendants' insurance company, Farmers Insurance Exchange, and Plaintiff has executed and delivered a release of all claims. This motion is based on this notice, the Declaration of Stuart E. Fagan in Support of Plaintiff's Motion to Dismiss, and the complete files and records in this

1

action, and such oral and documentary evidence as may be presented at or before any hearing on this matter.

Dated: May 20, 2015

LAW OFFICES OF
STUART E. FAGAN

By: /s/ Stuart E. Fagan
         Stuart E. Fagan
     Attorneys for Plaintiffs