UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAA'IYAH NA'IM,<br><br>　　　　　　　Plaintiff,<br>v.<br>SOPHIE'S ARMS FINE RESIDENCES, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 13cv2515 JAH (BLM)<br><br>**ORDER RE: DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS [DOC. # 79]** |

　　　　On September 16, 2014, defendant Irving W. Bookspan filed a motion for joinder of a necessary party. *See* Doc. # 54. After the motion was fully briefed, this Court took the motion under submission without oral argument. *See* Doc. # 68. On May 4, 2015, prior to the Court's issuance of a ruling on that motion, plaintiff filed a notice of settlement. Doc. # 71. In response to that notice, the Honorable Barbara Lynn Major, United States Magistrate Judge, issued an order confirming the settlement and setting a deadline for filed a joint motion for dismissal. Doc. # 72. On May 19, 2015, plaintiff filed an *ex parte* motion to dismiss the complaint based on the settlement reached between plaintiff and Farmer's Insurance Exchange, defendant's insurance company, and representing that all parties were in agreement. *See* Doc. # 76. This Court granted the *ex parte* motion on May 26, 2015. On that same day, defendant filed a document entitled "Defendant's Response re Plaintiff's Motion to Dismiss and Court Order Dated May 5, 2015 Requesting Joint Filing/Motion re Dismissal." *See* Doc. # 79.

1    This Court's review of the most recent filing reveals that defendant does not agree with
2 the settlement and dismissal for various reasons, including the lack of ruling on his motion. *See*
3 id. This Court construes defendant's filing as seeking reconsideration of this Court's order
4 granting plaintiff's *ex parte* motion. Therefore, this Court deems it appropriate to require
5 plaintiff to file a response to the arguments presented by defendant in his recent filing.
6 Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a response to defendant's filing,
7 construed as a motion for reconsideration, no later than **July 17, 2015.**

Dated:        June 26, 2015

_____
JOHN A. HOUSTON
United States District Judge